MARK PALLEY, Cal. Bar No. 120073
Email: mp@marionsinn.com
THOMAS M. FREEMAN, Cal. Bar No. 109309
Email: tmf@marionsinn.com
YVONNE M. PIERROU, Cal. Bar. No. 166237
Email: ymp@marionsinn.com
DAVID B. ANDERSON, Cal. Bar No. 273419
Email: dba@marionsinn.com
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS,
THE PERMANENTE MEDICAL GROUP, INC.,
and TROVER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

SHARON PHILLIPS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

Defendants.

Case No. CV 11-02326 CRB

[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

Having considered the parties' stipulation to continue the hearing on plaintiff Sharon Phillips motion to alter judgment currently on calendar for October 11, 2011, and finding good cause,

IT IS ORDERED that the hearing on the motion to alter judgment is continued to Friday, November 4, 2011 at 10:00 a.m.

DATED: __October 7, 2011____    By: _____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER CONTINUING HEARING
ON PLTF'S MO. TO ALTER JUDGMENT
Case No. CV 11-02326 CRB              1